## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIM NO.: 23- mj -00194-MAU |
| BRYAN ROGER BISHOP, | |
| DEFENDANT. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for BRYAN ROGER BISHOP.

August 14, 2023                              Respectfully submitted,

                                                   By: **/s/ *Lionel André***
                                                        Lionel André
                                                        SECIL Law, PLLC
                                                        DC Bar No. 422534
                                                        1701 Pennsylvania Avenue, NW, Suite 200
                                                        Washington, DC 20006
                                                        landre@secillaw.com
                                                        Telephone: 703.304.6529
                                                        *Counsel for Bryan R. Bishop*

## CERTIFICATE OF SERVICE

The undersigned herby certifies that he has this day served opposing counsel with the foregoing document by filing the same with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record

This 14th day of August 2023.

/s/ <u>*Lionel André*</u>
Lionel André