UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>BRYAN R. BISHOP,<br><br>DEFENDANT. | Case No.: 23- mj -00194-MAU |

**[PROPOSED] ORDER**

Upon consideration of Defendant Bryan R. Bishop's Motion to Remove GPS Monitor Due to a Change in Circumstances, and the government's opposition to modifying the conditions of release, the Court finds that a factual basis exists to modify the defendant's condition of release by removing the GPS monitoring requirement. Accordingly, the Court hereby:

**ORDERS** Pretrial Service Agency to remove the GPS from defendant Bryan R. Bishop.

**SO ORDERED**.

October    , 2023.                        _____

U.S. Magistrate Judge for the District of Columbia